**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Gregory Paul Dieck | No.  12-81480 |
| Debtor | Hon.  Thomas M. Lynch |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 4, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                                          _____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Brian A. Hart Law Offices PC and Lydia Meyer on March 4, 2015.

                                                          _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Gregory Paul Dieck
1315 James Avenue
Rockford, IL 61107

Lydia Meyer
P.O. Box 14127
Rockford, IL 61105-4127

Brian A. Hart Law Offices PC
Brian A. Hart Law Offices PC
1410 N. Main Street
Rockford, IL 61103
brian@rockfordbankruptcy.com